UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

CESAR PEREZ ABAD,

                      Petitioner,

v.                                                          No. 1:26-CV-00062-H

WARDEN, BLUEBONNET DETENTION
CENTER,

                      Respondent.

## ORDER

Petitioner filed a motion that the Court interprets as a motion for default judgment. Dkt. No. 11. As explained below, the Court denies the motion.

Petitioner alleges that the Respondent failed to respond to his petition on time and asks the Court to review and rule on his habeas petition under 28 U.S.C. § 2243—presumably in his favor. But the record shows that Respondent timely filed an answer on April 1, 2026. *See* Dkt. No. 9. And according to the certificate of service attached, a copy of the answer was served on Petitioner at his current address—the Bluebonnet Detention Center—by United States mail on the same day. *Id.* at 7.

In any event, even if Respondent's answer were untimely—which it was not—default judgment is not appropriate in a habeas proceeding because the failure of a respondent to file a timely answer does not nullify an otherwise lawful confinement. *See, e.g.*, *Broussard v. Lippman*, 643 F.2d 1131, 1134 (5th Cir. 1981). So even if the Respondent had failed to respond, Petitioner would not be entitled to default judgment. Thus, the motion for default judgment is denied.

So ordered on April 8, 2026.

James Wesley Hendrix
United States District Judge